# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHAREN MARTIN** | * | **CIVIL ACTION NO.:** |
| | * | |
| **VERSUS** | * | **SECTION:** |
| | * | |
| **SCENIC TOURS (USA) INC.** | * | **MAG. DIV.:** |
| | * | |
| ************************************ | | **TRIAL BY JURY** |

## COMPLAINT FOR DAMAGES

**MAY IT PLEASE THE COURT:**

NOW COMES, through undersigned counsel, Plaintiff, Sharen Martin, a person of full age residing and domiciled in the Parish of St. Tammany, Louisiana, who respectfully pleads the following:

1. This Honorable Court possesses subject matter jurisdiction by virtue of 28 U.S.C. § 1332, based on the diversity of citizenship of the parties and the amount in controversy exceeds $75,000.00, exclusive of costs and interest.

2. Defendant, Scenic Tours (USA) Inc. ["Scenic Tours"], is a foreign for-profit business corporation domiciled in the State of Massachusetts and keeps its principal place of business at 20 Park Plaza, Suite 903, Boston, Massachusetts 02116.

3. At all material times, Scenic Tours, owned and operated the "Emerald Waterways" brand and further provided European Riverboat cruises on its fleet of riverboats, including the vessel EMERALD STAR.

4. At all material times to this action, the Plaintiff, Sharen Martin, was a passenger onboard the vessel EMERALD STAR vacationing from Amsterdam to Basel.

5. On October 27, 2015, Mrs. Martin was walking down a hallway onboard the EMERALD STAR when she was caused to trip and fall by a stainless steel strip in the hallway flooring.

6. Upon information and belief, the area of steel which caused the Plaintiff to fall was not clearly marked, nor did the Defendant provide any warning or signage to alert passengers to this hazardous condition.

7. Plaintiff specifically pleads that on October 27, 2015 she was traversing the hallway in her customary and usual safe manner when she was caused to trip and fall on the area described above. As a direct result of the accident, Mrs. Martin sustained injuries to her face, facial structure, nose, and right shoulder, which have required plastic surgery and orthopedic surgical intervention(s) and continued medical treatment.

8. Plaintiff further pleads that Defendant, Scenic Tours, through its agents, servants, employees, and vessel operators negligently and/or carelessly failed to exercise reasonable care thereby causing and/or contributing to the aforementioned accident; and the negligence of Defendant, Scenic Tours, includes, but is not limited to the following acts to-wit:

- A. Scenic Tours knew, or in the exercise or reasonable care, should have known that the stainless steel strip in the hallway posed an unreasonable risk of harm, but Scenic Tours negligently failed to take corrective action;

- B. Scenic Tours knew, or in the exercise or reasonable care, should have known that the stainless steel strip in the hallway posed an unreasonable risk of harm, but Scenic Tours negligently failed to warn passengers of the hazardous condition;

- C. Scenic Tours knew, or in the exercise or reasonable care, should have known that the stainless steel strip in the hallway posed an unreasonable risk of harm, but Scenic Tours negligently failed to place appropriate signage to mark the hazardous condition;

- D. Other acts and omissions in violation of the general maritime common law of the United States.

- E. Other acts and omissions to be enumerated at the trial of this matter.

9. Plaintiff demands all damages reasonable on the premises and specifically itemizes the following damages suffered for which he seeks recovery:

    A.  Physical Pain and Suffering, Past and Future;

    B.  Mental Pain and Suffering, Past and Future;

    C.  Disability;

    D.  Loss of Enjoyment of Life;

    E.  Unpaid Past Medical Expenses;

    F.  Future Life Care Needs and Medical Expenses for Remainder of Life Expectancy;

10. Plaintiff reserves the right to supplement and amend this Complaint, as additional facts become known.

11. Plaintiff is entitled to and demands a trial by jury.

WHEREFORE, Plaintiff, Sharen Martin, prays that Defendant, Scenic Tours, be duly served with a copy of this Complaint and be summoned to appear and answer same and after due proceedings are held that there be Judgment granted herein in favor of Plaintiff, Sharen Martin, and against Defendant, Scenic Tours, for all sums reasonable in the premises, together with legal interest thereon from the date of judicial demand, until paid, for all costs of these proceedings and for all general and equitable relief.

Date: October 24, 2016

Respectfully Submitted,

**DAVIS, SAUNDERS, MILLER & ODEN**

BY: */s/ Joseph M. Miller, Esq.*

**JOSEPH M. MILLER #30636**
**BENJAMIN B. SAUNDERS #11733**
**CARISA GERMAN-ODEN #31463**
400 Mariners Plaza Drive, Suite 401
Mandeville, Louisiana  70448
Telephone: (985) 612-3070